CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 27 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROGER ANDRE WILSON,<br>Plaintiff, | )<br>) Civil Action No. 7:06cv00619<br>) |
| v. | ) **FINAL ORDER**<br>) |
| DANVILLE ADULT DETENTION<br>CENTER<br>Defendant. | )<br>) By: Hon. Jackson L. Kiser<br>) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 27th day of November, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge